

FILED
SEP 2 6 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIARA BRYANT,<br><br>Defendant. | Case No. 2:25-cr-119<br><br>Wire Fraud<br>18 U.S.C. § 1343<br>(Count One) |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

1. On or about July 6, 2020, in the Eastern District of Virginia and elsewhere, Tiara Bryant, the defendant, having devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the aforesaid scheme and artifice, did cause to be transmitted by means of wire communication in interstate commerce the following certain signals, and sounds, to wit: submission of an Economic Injury Disaster Loan (EIDL) application for her purported sole proprietorship (loan number ending in 8105), to the United States Small Business Administration (SBA), that contained false statements, misrepresentations, and omissions related to her business. The EIDL benefits were authorized, transported, transmitted, transferred, disbursed, or paid in connection with a presidentially declared major disaster or emergency.

(In violation of Title 18, United States Code, Section 1343.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

Date: September 26, 2025    By: _____
Jeremy W. Mckinnon
Special Assistant United States Attorney